FILED
ASHEVILLE, N. C.
MAY - 3 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Civil Case No. 1:04cv149 |
| | ) | |
| JOHN C. CONNELLY, | ) | Bkcy. Ct. Adv. No. 02-1032 |
| | ) | |
| Debtor. | ) | Bkcy. Case No. 01-11094 /Chapter 7 |
| | ) | |
| * * * * * * * * * * * * * * * * * * * * | ) | |
| | ) | |
| ROBERTS & STEVENS, P.A., | ) | |
| TRUSTEE, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | FOURTH |
| vs. | ) | CONSENT ORDER |
| | ) | Briefs to United States District Court |
| JOHN C. CONNELLY, | ) | |
| MARC CONNELLY and wife, | ) | |
| LYNN CONNELLY, | ) | |
| | ) | |
| Defendants/Appellants. | ) | |

The undersigned consent and agree as follows:

1. This case was tried before the Bankruptcy Court on May 19, 2004 and duly appealed by the defendants to the United States District Court.

2. There was a delay in obtaining the transcript of the trial.

3. Appellants' brief is due to the United States District Court on May 15, 2005.

4. There are matters now pending for hearing before the United States Bankruptcy Court on May 19, 2005 that would render the appeal moot and unnecessary.

5. To save the resources of the parties, Chapter 7 Estate and not burden the District Court with the appeal, it would be in the best interest of the parties to continue the due date for appellants' brief in this matter until June 28, 2005 with appellee's brief due 30 days thereafter, July 28, 2005.

THEREFORE, the parties consent to an extension of time for the appellant's brief to June 28, 2005 and the appellee's brief until July 28, 2005.

WE CONSENT:

_____  _____
Marjorie R. Mann, Attorney for Appellee   David G. Gray, Attorney for Appellants
Roberts & Stevens, P.A., Trustee          Westall, Gray, Connolly & Davis, P.A.
P. O. Box 7647                            81 Central Avenue
Asheville, North Carolina 28802           Asheville, North Carolina 28801

LET THIS CONSENT ORDER BE ENTERED this 2nd day of May, 2005.

_____
LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE PRESIDING