# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:04CV149

| | |
|---|---|
| IN RE: ) | |
|     JOHN C. CONNELLY, ) | |
| ) | |
|     Debtor. ) | |
| _____ ) | |
| ) | |
| ROBERTS & STEVENS, P.A., ) | |
| Trustee, ) | |
| ) | |
|     Plaintiff/Appellee, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| JOHN C. CONNELLY; MARC ) | |
| CONNELLY, and wife, LYNN ) | |
| CONNELLY, ) | |
| ) | |
|     Defendants/Appellants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' fifth consent order regarding the filing of briefs in this bankruptcy appeal.

Although the Court will afford the parties a modest extension of time, the Court finds the time sought to be excessive and denies same.

**IT IS, THEREFORE, ORDERED** that the Appellants have to and including July 29, 2005, in which to file their brief; the Appellee has to and including August 30, 2005, in which to file its responsive brief.

No further extensions of these deadlines will be granted.

**Signed: June 28, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge